OLD PILGRIM INSURANCE AGENCY, INC. *vs.* MONARCH LIFE INSURANCE COMPANY. December 23, 1980. As the sole claim of appeal was directed to the interlocutory order allowing the defendant's motion for summary judgment (see and compare *J.B.L. Constr. Co.* v. *Lincoln Homes Corp.*, 9 Mass. App. Ct. 250, 253 [1980]), rather than to the "final judgment" (G. L. c. 231, § 113, as appearing in St. 1973, c. 1114, § 202), the appeal must be dismissed. *Nantucket Land Council, Inc.* v. *Planning Bd. of Nantucket*, 5 Mass. App. Ct. 206, 207, 216 (1977). If we were to consider the merits of the questions raised below (see *Kelsey* v. *Panarelli*, 5 Mass. App. Ct. 480, 482 [1977], and cases cited), we would affirm for the reasons given by the judge when he allowed the motion.

*Appeal dismissed.*

*Jean M. Kelley* for the plaintiff.
*Joan A. Lukey* for the defendant.